IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID R. EATON,  :  No. 13cv150
   Plaintiff  :  Judge Jones
 :
vs.  :
CENTRAL CREDIT AUDIT, INC., et al,  :
   Defendants  :

# ORDER
January 24, 2013

It is hereby ORDERED as follows:

1. The case management conference has been scheduled for March 27, 2013, at a time to be announced.

2. Plaintiff's counsel shall arrange for the conference call. **Chamber's telephone number is (717)221-3986.**

3. All counsel shall be ready to proceed when my office is contacted.

4. Counsel are directed to this Court's Calendar as attached hereto. **All dates on the Joint Case Management Plan shall be strictly in accordance with those set forth thereon.**

               s/John E. Jones III
               John E. Jones III
               United States District Judge

**Judge Jones**
**2013 Court Calendar**

| Trial list | Discovery Cut-off | Dispositive Motions Cut-off | Final Pre-Trial Conferences | Jury Selection |
|---|---|---|---|---|
| January | 7/30/12 | 9/3/12 | 12/3/12 | 1/3/13 |
| February | 8/31/12 | 10/1/12 | 1/2/13 | 2/4/13 |
| March | 9/28/12 | 11/1/12 | 2/1/13 | 3/4/13 |
| April | 10/31/12 | 12/3/12 | 3/1/13 | 4/2/13 |
| May | 11/30/12 | 1/1/13 | 4/1/13 | 5/2/13 |
| June | 12/31/12 | 2/1/13 | 5/1/13 | 6/4/13 |
| July | 1/31/13 | 3/1/13 | 6/3/13 | 7/2/13 |
| August | 2/28/13 | 4/1/13 | 7/1/13 | 8/2/13 |
| September | 3/29/13 | 5/1/13 | 8/1/13 | 9/4/13 |
| October | 4/30/13 | 6/3/13 | 9/3/13 | 10/2/13 |
| November | 5/31/13 | 7/1/13 | 10/1/13 | 11/4/13 |
| December | 6/28/13 | 8/1/13 | 11/1/13 | 12/3/13 |

**Case Management Conferences:**

1/30/13
2/27/13
3/27/13
4/30/13
5/31/13
6/28/13
7/31/13
8/30/13
9/30/13
10/30/13
11/27/13
12/30/13

## Judge Jones
## 2014 Court Calendar

| Trial list | Discovery Cut-off | Dispositive Motions Cut-off | Final Pre-Trial Conferences | Jury Selection |
|---|---|---|---|---|
| January | 7/30/13 | 9/2/13 | 12/2/13 | 1/3/14 |
| February | 8/30/13 | 10/1/13 | 1/2/14 | 2/4/14 |
| March | 9/27/13 | 11/1/13 | 2/3/14 | 3/4/14 |
| April | 10/31/13 | 12/2/13 | 3/3/14 | 4/2/14 |
| May | 11/29/13 | 1/1/14 | 4/1/14 | 5/2/14 |
| June | 12/31/13 | 2/3/14 | 5/1/14 | 6/3/14 |
| July | 1/31/14 | 3/3/14 | 6/2/14 | 7/2/14 |
| August | 2/28/14 | 4/1/14 | 7/1/14 | 8/4/14 |
| September | 3/31/14 | 5/1/14 | 8/1/14 | 9/3/14 |
| October | 4/30/14 | 6/2/14 | 9/2/14 | 10/2/14 |
| November | 5/30/14 | 7/1/14 | 10/1/14 | 11/4/14 |
| December | 6/30/14 | 8/1/14 | 11/3/14 | 12/2/14 |

**Case Management Conferences:**

1/31/14
2/28/14
3/31/14
4/30/14
5/30/14
6/30/14
7/30/14
8/29/14
9/30/14
10/31/14
11/26/14
12/30/14